**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)           $ _____
☐ Return Receipt (electronic)         $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ __

Postmark
Here

BILAL MUHAMMAD
#9602939
EPCJA
12501 MONTANA AVE
EL PASO, TX 79938
3:19-cv-51-KC, ECF 126

7020 2450 0000 6956 3698

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions